IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

HUGO ORTIZ,

        Plaintiff,                  No. CIV S-08-0054 LEW JFM P

    vs.

JAMES E. TILTON, et al.,

        Defendants.           <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed March 7, 2008, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On March 26, 2008, plaintiff submitted the USM-285 forms but failed to submit the three copies of the complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send plaintiff a copy of the complaint filed on January 9, 2008; and

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court the three copies of the January 9, 2008 complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: April 1, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
orti0054.8f