IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**HUGO ORTIZ,**

Plaintiff,

**v.**

**JAMES TILTON, ET AL.,**

Defendant.

CASE NO.: 2:08-cv-0054 JAM JFM (PC)

**ORDER GRANTING DEFENDANTS EXTENSION OF TIME TO RESPOND TO COMPLAINT**

On July 29, 2008, Defendants filed a request for extension of time to file their responsive pleading, explaining that all documentation necessary to determine how to proceed has not yet been received. Defendants further explained that additional time is necessary to prepare a responsive pleading.

For good cause shown, IT IS HEREBY ORDERED that: Defendants are granted an extension of time, up to and including September 2, 2008, in which to file their responsive pleading.

DATED: July 31, 2008.

UNITED STATES MAGISTRATE JUDGE

/orti0054.ext