1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   HUGO ORTIZ,

11          Plaintiff,                        No. 2:08-cv-0054-JAM-JFM (PC)

12          vs.

13   JAMES E. TILTON, et al.,

14          Defendants.                       ORDER

15   _____/

16          On October 21, 2008, defendants filed a motion for judgment on the pleadings

17   pursuant to Federal Rule of Civil Procedure 12(c).  Plaintiff has not opposed the motion.

18          Local Rule 78-230(m) provides in part:  "Failure of the responding party to file

19   written opposition or to file a statement of no opposition may be deemed a waiver of any

20   opposition to the granting of the motion . . . ."  On May 30, 2008, plaintiff was advised of the

21   requirements for filing an opposition to the motion and that failure to oppose such a motion may

22   be deemed a waiver of opposition to the motion.

23          Local Rule 11-110 provides that failure to comply with the Local Rules "may be

24   grounds for imposition of any and all sanctions authorized by statute or Rule or within the

25   inherent power of the Court."  In the order filed May 30, 2008, plaintiff was advised that failure

26   to comply with the Local Rules may result in a recommendation that the action be dismissed.

1    Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the

2    date of this order, plaintiff shall file an opposition, if any he has, to the motion for judgment on

3    the pleadings or a statement of non-opposition.  Failure to comply with this order will result in a

4    recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

5    DATED:  November 17, 2008.

6

7    _____
     UNITED STATES MAGISTRATE JUDGE

8

9    12
     orti0054.46osc
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26