IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **HUGO ORTIZ,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**JAMES TILTON, et al.,**<br><br>                    Defendant. | CASE NO.: 2:08-cv-0054 JAM JFM P<br><br>**ORDER VACATING SCHEDULING ORDER** |

The Court has considered Defendants' motion to vacate the September 9, 2008 scheduling order pending a decision on Defendants' motion for judgment on the pleadings, which was filed on October 21, 2008, and good cause showing, the scheduling order is vacated. A new scheduling order will be issued, as appropriate, after a decision is rendered on Defendants' motion for judgment on the pleadings.

IT IS SO ORDERED.

DATED: November 24, 2008.

_/s/ John F. Moulds_
UNITED STATES MAGISTRATE JUDGE

/orti0054.vacso